### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:02CR266** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| **ERVIN CONTRERAS,** ) | |
| ) | |
| **Defendant.** ) | |

IT IS ORDERED that, pursuant to the Memorandum and Order entered on this date, Judgment is entered in favor of the United States of America and against Ervin Contreras.

DATED this 7th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge